IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 8 2018

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 18-2824 JCH |
| Plaintiff, | |
| vs. | Count 1: 18 U.S.C. § 2071(a): Concealment and Removal of Government Records; |
| JOANNE MARIE HUNT, | |
| Defendant. | Count 2: 18 U.S.C. § 641: Theft of Government Property. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about October 8, 2015, in San Juan County, in the District of New Mexico, the defendant, **JOANNE MARIE HUNT**, willfully and unlawfully concealed, removed, and intentionally took and carried away records and documents filed and deposited in any public office, specifically Indian Health Service medical records and documentation.

In violation of 18 U.S.C. § 2071(a).

Count 2

From on or about and between September 1, 2013, and October 8, 2015, both dates being approximate and inclusive, in San Juan County, in the District of New Mexico, the defendant, **JOANNE MARIE HUNT**, willfully and knowingly did steal and purloin Indian Health Service patient records and documents, which are property of the United States.

In violation of 18 U.S.C. § 641.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
08/21/18  8:50AM