# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Initial Appearance-Continued

| | | | |
|---|---|---|---|
| Case Number: | 18cr2824 JCH | UNITED STATES vs. Hunt | |
| Hearing Date: | 9/13/2018 | Time In and Out: | 9:43-9:44 & 11:05-11:07 |
| Clerk: | E. Hernandez | Courtroom: | Rio Grande |
| Defendant: | Joanne Marie Hunt | Defendant's Counsel: | Pro se |
| AUSA | Presiliano Torrez | Pretrial/Probation: | A. Galaz |
| Interpreter: | N/A | | |

**Proceedings**

Court calls case; government enters their appearance; court calls defendant; no response; court to issue a warrant for failure to appear; court in recess; court recalls case; no proof of services filed; court requests government seek a physical address for defendant to be properly served; government agrees; no warrant will be issued at this time; court in recess

**Custody Status**

☐ Defendant

☐ Conditions

**Other Ruling**

☐