# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable B. Paul Briones

## Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 18-CR-2824 JCH | UNITED STATES vs. HUNT | |
| Hearing Date: | 5/2/2023 | Time In and Out: | 1:18 pm – 1:41 pm |
| Courtroom Deputy: | K. Dapson | Courtroom: | Remote zoom |
| Defendant: | Joanne Marie Hunt | Defendant's Counsel: | Dorna Khazeni for this hearing only |
| AUSA: | Kimberly Brawley | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | | Witness: | |

### Initial Appearance
- [x] Defendant received a copy of charging document
- [x] Court advises defendant(s) of possible penalties and all constitutional rights
- [x] Defendant would like Court appointed counsel
- [ ] Government moves to detain
- [ ] Government does not recommend detention
- [x] Set for Arraignment on Friday, May 12, 2023 @ 9:30 am

### Preliminary/Show Cause/Identity
- [ ] Defendant
- [ ] Court finds
- [ ] Court does not find probable cause

### Detention
- [ ] Defendant waives right to contest detention
- [ ]

### Custody Status
- [ ] Defendant
- [x] Conditions of release imposed

### Other
- [x] Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- [x] Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- [ ] Matter referred to       for Final Revocation Hearing
- [ ]