# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

Joanne Marie Hunt
*Defendant*

Case No. 1:18-cr-02824-JCH

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, __Joanne Marie Hunt__, Defendant, understand that I am scheduled for an __Initial__ hearing on __May 2, 2023__.
*nature of hearing*      *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 5/2/23

*Defendant's signature*

*Signature of defendant's attorney*

Dorna Khazeni
*Printed name of defendant's attorney*

Dorna_Khazeni@fd.org
*Defendant's attorney's e-mail address*